JOSEPH HOAR, Respondent, v. CITY OF YONKERS et al., Appellants.— In an action for a declaratory judgment determining the rights and legal relations of plaintiff and defendants created by reason of plaintiff's membership in the Firemen's Pension Fund of the City of Yonkers, order and judgment (one paper) in favor of plaintiff unanimously affirmed, with $10 costs and disbursements.   No opinion.   Present — Close, P. J., Hagarty, Johnston, Lewis and Aldrich, JJ.   [See *post*, p. 940.]

In the Matter of the Application of JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, et al., Respondents, against THOMAS DOWNS, County Judge of Queens County, et al., Respondents, and GEORGE A. L. IRWIN et al., Interveners, Respondents-Appellants.— Order granting motion of petitioners, made pursuant to article 78 of the Civil Practice Act, enjoining and prohibiting respondents from taking any further proceedings to punish petitioners for a criminal contempt of court in failing to pay fees to a commission purportedly appointed pursuant to section 85 of the Mental Hygiene Law, by order of the County Court of Queens County, unanimously affirmed, without costs.   No opinion.   Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ. [184 Misc. 168.]

EDNA JALOSKY, as Administratrix of the Estate of JACK JALOSKY, Deceased, Appellant, v. LEWIS M. ESCOTT et al., Respondents.— In an action to compel officers and directors of the defendant corporation to account for the consequences of their alleged misconduct, the complaint was dismissed on the ground that its allegations are in general terms without sufficient allegations of facts, and plaintiff was given leave to plead anew.   Orders affirmed, with one bill of $10 costs and disbursements.   No opinion.   Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

MAE LEFFEL, Appellant, v. TRAVELERS INSURANCE COMPANY, Respondent. LOIS LEFFEL, Impleaded Defendant-Respondent.— Plaintiff appeals from an order dated June 1, 1945, granting reargument and, on such reargument, adhering to the original determination granting the motion of defendant the Travelers Insurance Company to interplead and substitute one Lois J. Leffel in its place and stead.   Order affirmed, with $10 costs and disbursements.   No opinion.   Appeal from original order, dated May 24, 1945, dismissed, without costs.   Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ., concur.

ELAINE M. MITCHELL, Appellant, v. J. HUNTER LACK, Respondent.— Order dismissing complaint on the ground that it fails to state facts sufficient to constitute a cause of action, unanimously affirmed, with $10 costs and disbursements.   No opinion.   Order denying motion by plaintiff for permission to serve a proposed amended complaint, attached to the motion papers, unanimously affirmed, without costs.   No opinion.   Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.